Doe, on the Demise of Bowen, *v.* Holmes.—On appeal.

IF a conveyance of real estate, regularly recorded, be relied on by a suitor not a party to it, the record book is admissible to prove the contents of the conveyance. *Bowser et al.* v. *Warren*, 4 Blackf. 522.—*Dixon* v. *Doe, d. Lasselle*, *ante*, 106.